IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

DAWN K. WOLFF                        : Chapter 13

                                     : Bankruptcy No. 08-23608-MBK

Debtor                               : Our File No. DM-120

                                     : **NOTICE OF APPEARANCE**
                                     : **AND REQUEST FOR NOTICES**


Jennifer Novick , Esquire of the law firm of Phelan Hallinan & Schmieg, PC does hereby enter its appearance on behalf of Weichert Financial Services in the above captioned bankruptcy matter.

Please see that all notices are forwarded to Jennifer Novick , Esquire c/o Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, New Jersey, 08054-3422.


                                     Phelan Hallinan & Schmieg, PC
                                     By:

Dated: August 13, 2008               /s/ Jennifer Novick Esquire
                                     PHELAN HALLINAN & SCHMIEG, PC
                                     400 Fellowship Road, Suite 100
                                     Mount Laurel, NJ 08054