DM-120
Phelan Hallinan & Schmieg, PC
By: Jennifer Novick JN2743
400 Fellowship Road, Suite 100
Mt. Laurel, New Jersey 08054-3422
(856) 813-5500
<u>Attorneys for Secured Creditor: Weichert Financial Services</u>
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

    DAWN K. WOLFF

Case No.: 08-23608-MBK

Hearing Date: September 23, 2008

Judge: Michael B Kaplan

# CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

    I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(e) I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011

                                  /s/ Jennifer Novick, Esquire
                                  PHELAN HALLINAN & SCHMIEG, PC
                                  400 Fellowship Road, Suite 100
                                  Mount Laurel, NJ 08054