# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

In re:  
DAWN K. WOLFF                                    Case No.:_08-23608-MBK

## NOTICE OF PAYMENT CHANGE

_____ Escrow Account

__X___ Interest Rate

Address of Debtor's principal residence:        54 5th Street, Old Bridge, New Jersey, 08857

Name of Mortgage Company                        Weichert Financial Services

| Current Monthly Payment $2,823.09 (P+I only) | New Monthly Payment $3,092.76 |
|---|---|
| Principal & Interest: $2,823.09 | Principal & Interest: $2,627.57 |
| Escrow Amount: | Escrow Amount: $465.19 |
| Total Payment: | Total Payment: |
| Interest rate: 12.5 % | Interest rate: 11.5% |
|  | Effective Date: 04/01/2009 |
| **Escrow Detail (if applicable)** | **Escrow Detail (if applicable)** |
| Taxes: | Taxes: |
| Insurance: | Insurance: |
| Other: | Other: |
| (specify) | (specify) |
| Other: | Other: |
| (specify) | (specify) |
| Other: | Other: |
| (specify) | (specify) |

Weichert Financial Services
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945
1-800-224-1455

 Weichert Gold® Services
one stop, many solutions

February 3, 2009

DANIEL T WOLFF
54 5 ST
OLD BRIDGE NJ  08857

## NOTICE OF INTENT TO ADJUST YOUR INTEREST RATE AND MONTHLY PAYMENT

RE: Loan Number: ▇▇▇▇▇▇         Index: 6 MO. LIBOR-1ST BUS DAY OF MO-WSJ
                                 Publication Date: 02/02/2009

Dear Mortgagor:

In accordance with your adjustable rate mortgage, this letter is to inform you that your loan is scheduled for an interest rate change effective with your 04/2009 payment and every 06 months thereafter.

Your new interest rate is determined by adding the margin of 9.37500%, stated in your note, to the new index figure. This new interest rate is subject to rounding and interest rate cap limitations as stated in your adjustable rate note.

Your new payment is based on a projected principal balance of $260,973.81.

| | | | |
|---|---|---|---|
| Current Index Figure | 3.08375% | New Index Figure | 1.66000% |
| Current Interest Rate | 12.50000% | New Interest Rate | 11.50000% |
| Current P & I Payment | $2,823.09 | New P & I Payment | $2,627.57 |

Your total monthly payment, including escrow if applicable, is $3,092.76.

Should you have any questions, please contact our office.

Sincerely,

Special Loan Department

DS199 INV 562

EF0BVY/NCP/12-07

Notice of Payment Change                                                                                          Page 2

---

An Escrow Account Statement is attached where the monthly payment change is based, in whole or in part, on an escrow account analysis.

Any questions regarding the content of this notice should be directed to:

Company: Weichert Financial Services
Name: Bankruptcy Department
Address: 1501 Woodfield Road
         Schaumburg, IL 60173

Telephone: 1-800-669-0340
Email:

Dated:

---

### CERTIFICATION OF SERVICE

| | |
|---|---|
| Dawn K. Wolff | Robert C. Nisenson, Esquire |
| 54 5th Street | 10 Auer Court, Suite E |
| Old Bridge, NJ 08857 | East Brunswick, NJ 08816 |
| Regular Mail | ECF AND REGULAR MAIL |
| **(Debtor)** | **(Attorney for Debtors)** |
| | |
| | Albert Russo, Trustee |
| | 1 AAA Drive, Suite 101 |
| | Robbinsville, NJ 08681 |
| | ECF AND REGULAR MAIL |
| | **(Chapter 13 Trustee)** |

Miguel Zavala does hereby certify:

1.) I am a legal assistant employed by the law firm of Phelan Hallinan & Schmieg, PC

2.) On  8-26   2009, I did serve the above named parties with a copy of the

Notice of Payment Change filed on behalf of Weichert Financial Services by e-filing and/or regular mail.

/s/ miguel zavala